# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA YARBROUGH, and MATT LOFLAND, ET AL., § § § | | |
| *Plaintiffs*, § | Civil Action 4:19-cv-905 | |
| § | | |
| vs. § | **JURY DEMANDED** | |
| § | | |
| CSS CORP., and GLOW NETWORKS, INC., § § § | | |
| *Defendants*. § | | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE SEAN D. JORDAN:

David Norris, one of the attorneys of record for Plaintiffs in this matter, files this unopposed motion to withdraw as counsel for Plaintiffs.

Effective May 14, 2021, David Norris will no longer be employed by The Sanford Firm because he is moving out of state. Brian Sanford, Plaintiffs' lead counsel, and Elizabeth "BB" Sanford will continue to represent Plaintiffs in this matter.

This motion is not filed for the purpose of delay and the relief sought will not prejudice any party in the case as the remaining attorneys will continue to represent Plaintiffs.

WHEREFORE, David Norris respectfully requests that the Court grant this motion and permit him to withdraw as attorney for Plaintiffs and be removed from the distribution list for electronic notices in this case.

Respectfully submitted,

*/s/ David Norris*
Brian Sanford
Texas Bar No. 17630700
bsanford@sanfordfirm.com
David Norris
Texas Bar No. 24060934
dnorris@sanfordfirm.com
Elizabeth "BB" Sanford
Texas Bar No. 24100618
esanford@sanfordfirm.com

**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph: (214) 717-6653
Fax: (214) 919-0113

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021, I served the foregoing document on all counsel of record via the electronic filing system of the Court.

*/s/ David Norris*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 11, 2021, I conferred with counsel for Defendants regarding this motion and Defendants do not oppose the motion or the relief requested.

*/s/ David Norris*