United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JOSHUA YARBROUGH, and MATT LOFLAND, ET AL., | § § § | |
| *Plaintiffs*, | § § | Civil Action 4:19-cv-905 |
| vs. | § § | **JURY DEMANDED** |
| CSS CORP., and GLOW NETWORKS, INC., | § § § § | |
| *Defendants*. | § | |

**PLAINTIFFS' APPENDIX IN
SUPPORT OF PLAINTIFF'S RESPONSE
TO DEFENDANTS CSS CORP. AND GLOW
NETWORKS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

TO THE HONORABLE SEAN D. JORDAN:

**TABLE OF CONTENTS**

| *Exhibit* | *Description* | *Page Number* |
|---|---|---|
| 1 | "don't fire the white people" transcript | Appx 1-5 |
| 2 | Aigheyisi Complaint, PL 334-35 | Appx 6-8 |
| 3 | Paul Tijani Complaint, PL 25-28 | Appx 7-13 |
| 4 | Peter Tijani Complaint, PL 90-91 | Appx 14-16 |
| 5 | Peter Tijani Complaint, PL 107-10 | Appx 17-21 |
| 6 | Harassment and Discrimination Policy, CP 329-30 | Appx 22-25 |
| 7 | No OT for M. Brown, PL 215 | Appx 26-27 |
| 8 | Original Layoff List, CP 112 | Appx 28-29 |
| 9 | Brought Back List, CP 114 | Appx 30-31 |
| 10 | HR addresses concerns "internally", PL 92 | Appx 32-33 |

| 11 | Ashiru Native Dress Photo | Appx 34-35 |
|---|---|---|
| 12 | Aigheyisi PIP, CP 529 | Appx 36-37 |
| 13 | Aigheyisi Exit Report, CP 511 | Appx 38-39 |
| 14 | Ashiru Exit Report, CP 533 | Appx 40-41 |
| 15 | Brown Exit Report, CP 548 | Appx 42-43 |
| 16 | Green Exit Report, CP 544 | Appx 44-45 |
| 17 | Ologban Exit Report, CP 513 | Appx 46-47 |
| 18 | Paul Tijani Exit Report, CP 520 | Appx 48-49 |
| 19 | Peter Tijani Exit Report, CP 521 | Appx 50-51 |
| 20 | Price Exit Report, CP 612 | Appx 52-53 |
| 21 | Samuels Exit Report, CP 722 | Appx 54-55 |
| 22 | Walker Exit Report, CP 517 | Appx 56-57 |
| 23 | Yarbrough Exit Report, CP 68 | Appx 58-59 |
| 24 | Yarbrough Video Policy, CP 96 | Appx 60-61 |
| 25 | Lofland Video Policy, CP 46 | Appx 62-63 |
| 26 | Aigheyisi Deposition Excerpts | Appx 64-92 |
| 27 | Ashiru Deposition Excerpts | Appx 93-106 |
| 28 | Green Deposition Excerpts | Appx 107-121 |
| 29 | Lofland Deposition Excerpts | Appx 122-155 |
| 30 | Ologban Deposition Excerpts | Appx 156-172 |
| 31 | Paul Tijani Deposition Excerpts | Appx 173-188 |
| 32 | Peter Tijani Deposition Excerpts | Appx 189-215 |
| 33 | Price Deposition Excerpts | Appx 216-232 |
| 34 | Samuels Deposition Excerpts | Appx 233-245 |
| 35 | Vicks Deposition Excerpts | Appx 246-254 |
| 36 | Yarbrough Deposition Excerpts | Appx 255-264 |
| 37 | Pringle Deposition Excerpts | Appx 265-270 |
| 38 | Walker Declaration | Appx 271-276 |
| 39 | Yarbrough Declaration | Appx 277-280 |

| 40 | Vicks Declaration | Appx 281-283 |
| --- | --- | --- |
| 41 | Lofland Declaration | Appx 284-287 |
| 42 | Sanford Declaration | Appx 288-290 |
| 43 | Brown Declaration | Appx 291-294 |

Respectfully submitted,

 */s/ Brian P. Sanford*
    Brian P. Sanford
    Texas Bar No. 17630700
    bsanford@sanfordfirm.com
    Elizabeth "BB" Sanford
    Texas Bar No. 24100618
    esanford@sanfordfirm.com

**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph:  (214) 717-6653
Fax: (214) 919-0113

**ATTORNEYS FOR PLAINTIFF
DEMARCUS SULLIVAN**

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I electronically served the foregoing document on all counsel of record via the Court's electronic filing system.

 */s/ Brian P. Sanford*