# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:  Gayle Wear

COURTROOM DEPUTY: Bonnie Sanford

**YARBROUGH ET AL**

v.                                                                               Case No. 4:19cv905

**CSS CORP. ET AL**

PLAINTIFF:  Brian Sanford, B.B. Sanford, Ashley Stricklin (paralegal)

DEFENSE: Rachel Ullrich, Vista Lyons, Daniel Miles

   This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 02/07/2022.

**Final Pretrial Conference**

| Time | Event |
|---|---|
| 7:44 am | The court called the case, noting the appearance of counsel and parties. |
| 7:46 am | The court discusses courtroom logistics. |
| 7:48 am | The court discusses trial schedule. |
| 7:50 am | The court discusses COVID issues. |
| 7:56 am | Court and counsel discuss voir dire.  8 Jurors will be seated.  Each side will have 3 strikes.  Each side will have 45 minutes for voir dire. |
| 8:02 am | Court and counsel discuss defendant's motion in limine. |
| 8:20 am | Court and counsel discuss exhibits. |
| 8:55 am | Court recesses. |
| 9:17 am | Court resumes.  Court and counsel continue discussion regarding exhibits. |

9:18 am	Plaintiff exhibits 1-30 pre-admitted.

9:19 am	Defense exhibits 1-143 pre-admitted.

9:29 am	Court recessed.