# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:  Gayle Wear

COURTROOM DEPUTY: Bonnie Sanford

**YARBROUGH ET AL**

v.                                                                                    Case No. 4:19cv905

**CSS CORP. ET AL**

PLAINTIFF:  Brian Sanford, B.B. Sanford, Ashley Stricklin (paralegal)

DEFENSE: Rachel Ullrich, Vista Lyons, Daniel Miles

  This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 02/07/2022.

**Jury Selection and Trial**

| Time | Event |
|---|---|
| 10:11 am | The jury panel is brought into the courtroom.  Voir dire begins. |
| 10:55 am | Voir dire for the Plaintiffs by Mr. Sanford. |
| 11:41 am | Voir dire for the Defense by Ms. Lyons. |
| 12:27 pm | Court recessed. |
| 12:40 pm | Court resumes.  Individual voir dire begins. |
| 1:50 pm | Jurors 2, 7, 13, 14, 15, 26, 9, 23, 1, 12, 16 stricken for cause. |
| 1:55 pm | Court recessed until 2:15 pm. |
| 2:24 pm | Court resumes. |
| 2:25 pm | The jury panel is brought into the courtroom. |

| | |
|---|---|
| 2:27 pm | Eight jurors are seated. |
| 2:28 pm | Remaining jurors are released. |
| 2:30 pm | Jurors are sworn in. |
| 2:31 pm | The court gives preliminary instructions to the jury. |
| 2:36 pm | Jury recessed until 3:45 pm. |
| 2:37 pm | Court recessed until 3:45 pm |
| 3:48 pm | Court resumes.  Court and counsel take up a jury matter. |
| 3:50 pm | The rule is invoked. |
| 3:50 pm | Juror 7 addresses the court. |
| 3:54 pm | Court recessed. |
| 4:06 pm | Court resumes. |
| 4:07 pm | Juror 7 is brought into the courtroom. |
| 4:08 pm | Juror 7 is excused. |
| 4:12 pm | Opening statement for the Plaintiffs by Ms. Sanford. |
| 4:30 pm | Opening statement for the Defense by Ms. Ullrich. |
| 4:43 pm | The jury is excused until Tuesday, February 7, 2022, at 9:00 am. |
| 4:45 pm | Court and counsel discuss matters outside the presence of the jury. |
| 4:47 pm | Counsel recessed until Tuesday, February 7, 2022, at 8:30 am. |