UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA YARBROUGH, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-905-SDJ |
| | § | |
| SLASHSUPPORT INC., ET AL. | § | |

# <u>ORDER</u>

Defendants SlashSupport Inc.[1] and Glow Networks, Inc. made an oral motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a), which was heard by the Court during the trial in this matter. In their motion, Defendants requested, inter alia, that the Court dismiss Plaintiff Joshua Walker's constructive discharge-based discrimination claim and retaliation claim, both of which were brought under 42 U.S.C. § 1981. Plaintiffs orally responded to the motion.

Following argument on the oral motion, Plaintiffs stipulated and admitted that a reasonable jury would not have a legally sufficient evidentiary basis to find for Walker on his constructive discharge-based discrimination claim or his retaliation claim, that Defendants' motion for judgment as a matter of law should be granted as to these claims, and that such claims should be dismissed.

Having heard the motion, response, and stipulation, the Court finds that Defendants' Rule 50(a) motion for judgment as a matter of law should be granted as to Walker's race discrimination claim premised on constructive discharge and

---

[1] During trial, the parties stipulated to the fact that CSS Corp. was improperly named in this case. (Dkt. #104). Per the parties' stipulation, the proper defendant is SlashSupport Inc.; therefore, SlashSupport Inc. has been substituted in as a defendant in place of CSS Corp.

1

2

Walker's retaliation claim. It is therefore ordered that the motion is **GRANTED**, and Plaintiff Joshua Walker's constructive discharge-based discrimination claim and retaliation claim are **DISMISSED WITH PREJUDICE.**

    **So ORDERED and SIGNED this 16th day of February, 2022.**

                                             SEAN D. JORDAN
                                             UNITED STATES DISTRICT JUDGE