# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:  Gayle Wear

COURTROOM DEPUTY: Bonnie Sanford

**YARBROUGH ET AL**

v.                                                                                                                    Case No. 4:19cv905

**CSS CORP. ET AL**

PLAINTIFF:  Brian Sanford, B.B. Sanford

DEFENSE: Rachel Ullrich, Vista Lyons, Daniel Miles

      This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 02/17/2022.

**Jury Trial – Day Nine**

| | |
|---|---|
| 7:36 am | Court resumes.  Court and counsel take up matters outside the presence of the jury. |
| 7:43 am | Court recessed. |
| 8:06 am | Court resumes.  The jury is brought into the courtroom. |
| 8:07 am | Mr. Sanford re-calls Adewale Ashiru Oladimeji.  Mr. Ashiru was previously sworn in. |
| 8:19 am | Cross exam by Ms. Ullrich. |
| 8:24 am | Re-direct by Mr. Sanford. |
| 8:27 am | Re-cross by Ms. Ullrich. |
| 8:27 am | The witness steps down.  The Plaintiff rests and closes. |

| Time | Event |
|---|---|
| 8:28 am | The jury is recessed. |
| 8:29 am | Ms. Ullrich renews the Motion for Judgment as a Matter of Law. |
| 8:54 am | Court recessed. |
| 9:02 am | Court resumes. Court and counsel discuss matters outside the presence of the jury. |
| 9:03 am | Court recessed. |
| 11:25 am | Court resumes. The court addresses the Order on the Motion for Judgment as a Matter of Law with the parties. |
| 12:28 am | Court resumes. The Court hands out the proposed jury instructions to the parties. |
| 12:30 pm | Court recessed until 1:00 pm. |
| 1:01 pm | Court resumes. Charge conference begins. |
| 1:30 pm | Court recessed. |
| 1:51 pm | Court resumes. Charge conference continues. |
| 2:00 pm | Court recessed. |
| 2:42 pm | Court resumes. Charge conference continues. |
| 2:46 pm | Court recessed. |
| 2:51 pm | Court resumes. Charge conference continues. |
| 2:54 pm | Court recessed. |
| 3:01 pm | Court resumes. Charge conference continues. |
| 3:02 pm | Court recessed. |
| 4:15 pm | Court resumes. Court and counsel discuss matters outside the presence of the jury. |
| 4:21 pm | The jury is brought into the courtroom. The court addresses the jury. |
| 4:23 pm | The jury is recessed until Friday, February 18, 2022, at 8:00 am. |
| 4:25 pm | Court recessed until Friday, February 18, 2022, at 7:45 am. |