# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:  Gayle Wear

COURTROOM DEPUTY: Bonnie Sanford

**YARBROUGH ET AL**

v.                                                                    Case No. 4:19cv905

**CSS CORP. ET AL**

PLAINTIFF:  Brian Sanford, B.B. Sanford

DEFENSE: Rachel Ullrich, Vista Lyons, Daniel Miles

     This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 02/18/2022.

**Jury Trial – Day Ten**

| | |
|---|---|
| 7:52 am | Court resumes.   Court and counsel take up matters outside the presence of the jury. |
| 7:53 pm | Court recessed. |
| 8:10 am | The jury is brought into the courtroom. |
| 8:11 am | The court reads the instructions to the jury. |
| 8:34 am | Closing argument for the Plaintiffs by Mr. Sanford. |
| 9:15 am | Closing argument for the Defense by Ms. Ullrich. |
| 10:15 am | Final closing argument for the Plaintiffs by Mr. Sanford. |
| 10:17 am | The court gives additional instructions to the jury. |
| 10:18 am | The jury is retired to deliberate. |

| | |
|---|---|
| 10:19 am | Court and counsel discuss matters outside the presence of the jury. |
| 10:20 am | Court recessed. |
| 10:37 am | Court resumes to address juror note #1. Juror note #1 states the presiding juror. |
| 10:38 am | Court recessed. |
| 2:36 pm | Court resumes. The court addresses a note from the jury. Jury note #2 states that the jury has reached a verdict. |
| 2:37 pm | The jury presents the verdict to the court. |
| 2:38 pm | Court recesses. |
| 2:48 pm | Court resumes. The court addresses the parties outside the presence of the jury. |
| 2:49 pm | The jury is brought into the courtroom. |
| 2:50 pm | The jury verdict is published. |
| 3:03 pm | The jury is polled. |
| 3:05 pm | The jury is dismissed. |
| 3:06 pm | The court addresses counsel outside the presence of the jury. |
| 3:07 pm | Court recessed. |