UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA YARBROUGH, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-905-SDJ |
| | § | |
| GLOW NETWORKS, INC. | § | |

## VERDICT OF THE JURY

### QUESTION NO. 1

Do you find that Plaintiff Matt Lofland was demoted during his employment at Defendant Glow Networks, Inc.?

Answer "Yes" or "No."

Answer: __Yes__

If you answered "Yes" to Question No. 1, then answer Question No. 2.

### QUESTION NO. 2

If and only if you answered "Yes" to Question No. 1, then answer the following question. Otherwise, do not answer the following question.

Do you find that Plaintiff Matt Lofland would not have been demoted by Defendant Glow Networks, Inc. but for his opposition to or reporting of race discrimination?

Answer "Yes" or "No."

Answer: __Yes__

### QUESTION NO. 3

Do you find that Plaintiff Paul Tijani would not have been terminated by Defendant Glow Networks, Inc. but for his opposition to or reporting of race discrimination?

9

Answer "Yes" or "No."

Answer: ___Yes___

## QUESTION NO. 4

Do you find that Plaintiff Peter Tijani would not have been terminated by Defendant Glow Networks, Inc. but for his opposition to or reporting of race discrimination?

Answer "Yes" or "No."

Answer: ___Yes___

## QUESTION NO. 5

Do you find that Plaintiff Osasuyi William Aigheyisi would not have been terminated by Defendant Glow Networks, Inc. but for his opposition to or reporting of race discrimination?

Answer "Yes" or "No."

Answer: ___Yes___

### QUESTION NO. 6

Do you find that Plaintiff Joshua Yarbrough was demoted during his employment at Defendant Glow Networks, Inc.?

Answer "Yes" or "No."

Answer: _____Yes_____

If you answered "Yes" to Question No. 6, then answer Question No. 7.

### QUESTION NO. 7

If and only if you answered "Yes" to Question No. 6, then answer the following question. Otherwise, do not answer the following question

Has Plaintiff Joshua Yarbrough proved that he would not have been demoted by Defendant Glow Networks, Inc. but for his race?

Answer "Yes" or "No."

Answer: _____Yes_____

### QUESTION NO. 8

Has Plaintiff Joshua Walker proved that he would not have been denied a promotion by Defendant Glow Networks, Inc. but for his race?

Answer "Yes" or "No."

Answer: _____Yes_____

### QUESTION NO. 9

Has Plaintiff Michael Brown proved that he would not have been selected for layoff and not returned to work by Defendant Glow Networks, Inc. but for his race?

Answer "Yes" or "No."

Answer: _____Yes_____

## QUESTION NO. 10

Has Plaintiff Adawale Ashiru proved that he would not have been terminated by Defendant Glow Networks, Inc. but for his race?

Answer "Yes" or "No."

Answer: __Yes__

## QUESTION NO. 11

Has Plaintiff Paul Tijani proved that he would not have been terminated by Defendant Glow Networks, Inc. but for his race?

Answer "Yes" or "No."

Answer: __Yes__

## QUESTION NO. 12

Has Plaintiff Peter Tijani proved that he would not have been terminated by Defendant Glow Networks, Inc. but for his race?

Answer "Yes" or "No."

Answer: __Yes__

## QUESTION NO. 13

Has Plaintiff Brandon Price proved that, during his second period of employment with Glow Networks, Inc., in 2019, he would not have been terminated by Defendant Glow Networks, Inc. but for his race?

Answer "Yes" or "No."

Answer: __Yes__

## QUESTION NO. 14

Has Plaintiff Harom Pringle proved that he would not have been selected for layoff and not returned to work by Defendant Glow Networks, Inc. but for his race?

Answer "Yes" or "No."

Answer: __Yes__

## QUESTION NO. 15

Has Plaintiff Osasuyi William Aigheyisi proved that he would not have been terminated by Defendant Glow Networks, Inc. but for his race?

Answer "Yes" or "No."

Answer: __Yes__

## QUESTION NO. 16

If and only if you answered "Yes" to Question No. 7, then answer the following question. Otherwise, do not answer the following question.

**What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Joshua Yarbrough for the damages, if any, you have found Defendant Glow Networks, Inc. caused Plaintiff Joshua Yarbrough?**

Answer in dollars and cents for the following items and none other:

(1) Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ __2,000,000.00__

(2) Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ __1,000,000.00__

## QUESTION NO. 17

If and only if you answered "Yes" to Question No. 7, then answer the following question. Otherwise, do not answer the following question.

**Do you find that Plaintiff Joshua Yarbrough should be awarded punitive damages from Defendant Glow Networks, Inc.?**

Answer "Yes" or "No."

Answer: __Yes__

If you answered "Yes" to Question No. 17, then answer Question No. 18.

## QUESTION NO. 18

If and only if you answered "Yes" to Question No. 17, then answer the following question. Otherwise, do not answer the following question.

14

What sum of money should be assessed against Defendant Glow Networks, Inc. as punitive damages to Plaintiff Joshua Yarbrough?

Answer: $ _____4,000,000.00_____

QUESTION NO. 19

If and only if you answered "Yes" to Question No. 2, then answer the following question. Otherwise, do not answer the following question.

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Matt Lofland for the damages, if any, you have found Defendant Glow Networks, Inc. caused Plaintiff Matt Lofland?

Answer in dollars and cents for the following items and none other:

(1) Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ _____2,000,000.00_____

(2) Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ _____1,000,000.00_____

QUESTION NO. 20

If and only if you answered "Yes" to Question No. 2, then answer the following question. Otherwise, do not answer the following question.

Do you find that Plaintiff Matt Lofland should be awarded punitive damages from Defendant Glow Networks, Inc.?

Answer "Yes" or "No."

Answer: _____Yes_____

If you answered "Yes" to Question No. 20, then answer Question No. 21.

15

## QUESTION NO. 21

If and only if you answered "Yes" to Question No. **20**, then answer the following question. Otherwise, do not answer the following question.

**What sum of money should be assessed against Defendant Glow Networks, Inc. as punitive damages to Plaintiff Matt Lofland?**

Answer: $ _____4,000,000.00_____

## QUESTION NO. 22

If and only if you answered "Yes" to Question No. **8**, then answer the following question. Otherwise, do not answer the following question.

**What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Joshua Walker for the damages, if any, you have found Defendant Glow Networks, Inc. caused Plaintiff Joshua Walker?**

Answer in dollars and cents for the following items and none other:

(1) Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ _____2,000,000.00_____

(2) Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ _____1,000,000.00_____

## QUESTION NO. 23

If and only if you answered "Yes" to Question No. **8**, then answer the following question. Otherwise, do not answer the following question.

**Do you find that Plaintiff Joshua Walker should be awarded punitive damages from Defendant Glow Networks, Inc.?**

Answer "Yes" or "No."

Answer: _____Yes_____

16

If you answered "Yes" to Question No. 23, then answer Question No. 24.

### QUESTION NO. 24

If and only if you answered "Yes" to Question No. 23, then answer the following question. Otherwise, do not answer the following question.

**What sum of money should be assessed against Defendant Glow Networks, Inc. as punitive damages to Plaintiff Joshua Walker?**

Answer: $ _4,000,000.00_

### QUESTION NO. 25

If and only if you answered "Yes" to Question No. 9, then answer the following question. Otherwise, do not answer the following question.

**What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Michael Brown for the damages, if any, you have found Defendant Glow Networks, Inc. caused Plaintiff Michael Brown?**

Answer in dollars and cents for the following items and none other:

(1) Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ _2,000,000.00_

(2) Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ _1,000,000.00_

### QUESTION NO. 26

If and only if you answered "Yes" to Question No. 9, then answer the following question. Otherwise, do not answer the following question.

17

Do you find that Plaintiff Michael Brown should be awarded punitive damages from Defendant Glow Networks, Inc.?

Answer "Yes" or "No."

Answer: _____Yes_____

If you answered "Yes" to Question No. 26, then answer Question No. 27.

## QUESTION NO. 27

If and only if you answered "Yes" to Question No. 26, then answer the following question. Otherwise, do not answer the following question.

What sum of money should be assessed against Defendant Glow Networks, Inc. as punitive damages to Plaintiff Michael Brown?

Answer: $ _____4,000,000.00_____

## QUESTION NO. 28

If and only if you answered "Yes" to Question No. 10, then answer the following question. Otherwise, do not answer the following question.

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Adawale Ashiru for the damages, if any, you have found Defendant Glow Networks, Inc. caused Plaintiff Adawale Ashiru?

Answer in dollars and cents for the following items and none other:

(1) Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ _____2,000,000.00_____

(2) Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ _____1,000,000.00_____

QUESTION NO. 29

If and only if you answered "Yes" to Question No. **10**, then answer the following question. Otherwise, do not answer the following question.

**Do you find that Plaintiff Adawale Ashiru should be awarded punitive damages from Defendant Glow Networks, Inc.?**

Answer "Yes" or "No."

Answer: ___Yes___

If you answered "Yes" to Question No. **29**, then answer Question No. **30**.

QUESTION NO. 30

If and only if you answered "Yes" to Question No. **29**, then answer the following question. Otherwise, do not answer the following question.

**What sum of money should be assessed against Defendant Glow Networks, Inc. as punitive damages to Plaintiff Adawale Ashiru?**

Answer: $ ___4,000,000.00___

QUESTION NO. 31

If and only if you answered "Yes" to Question Nos. **3** and/or **11**, then answer the following question. Otherwise, do not answer the following question.

**What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Paul Tijani for the damages, if any, you have found Defendant Glow Networks, Inc. caused Plaintiff Paul Tijani?**

Answer in dollars and cents for the following items and none other:

(1) Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ ___2,000,000.00___

(2) Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ __1,000,000.00__


### QUESTION NO. 32

If and only if you answered "Yes" to Question Nos. 3 and/or 11, then answer the following question. Otherwise, do not answer the following question.

**Do you find that Plaintiff Paul Tijani should be awarded punitive damages from Defendant Glow Networks, Inc.?**

Answer "Yes" or "No."

Answer: __Yes__

If you answered "Yes" to Question No. 32, then answer Question No. 33.


### QUESTION NO. 33

If and only if you answered "Yes" to Question No. 32, then answer the following question. Otherwise, do not answer the following question.

**What sum of money should be assessed against Defendant Glow Networks, Inc. as punitive damages to Plaintiff Paul Tijani?**

Answer: $ __4,000,000.00__


### QUESTION NO. 34

If and only if you answered "Yes" to Question Nos. 4 and/or 12, then answer the following question. Otherwise, do not answer the following question.

**What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Peter Tijani for the damages, if any, you have found Defendant Glow Networks, Inc. caused Plaintiff Peter Tijani?**

Answer in dollars and cents for the following items and none other:

(1) Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ 2,000,000.00

(2) Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ 1,000,000.00

### QUESTION NO. 35

If and only if you answered "Yes" to Question Nos. 4 and/or 12, then answer the following question. Otherwise, do not answer the following question.

**Do you find that Plaintiff Peter Tijani should be awarded punitive damages from Defendant Glow Networks, Inc.?**

Answer "Yes" or "No."

Answer: Yes

If you answered "Yes" to Question No. 35, then answer Question No. 36.

### QUESTION NO. 36

If and only if you answered "Yes" to Question No. 35, then answer the following question. Otherwise, do not answer the following question.

**What sum of money should be assessed against Defendant Glow Networks, Inc. as punitive damages to Plaintiff Peter Tijani?**

Answer: $ 4,000,000.00

### QUESTION NO. 37

If and only if you answered "Yes" to Question No. 13, then answer the following question. Otherwise, do not answer the following question.

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Brandon Price for the damages, if any, you have found Defendant Glow Networks, Inc. caused Plaintiff Brandon Price?

Answer in dollars and cents for the following items and none other:

(1)  Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ __2,000,000.00__

(2)  Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ __1,000,000.00__

### QUESTION NO. 38

If and only if you answered "Yes" to Question No. 13, then answer the following question. Otherwise, do not answer the following question.

**Do you find that Plaintiff Brandon Price should be awarded punitive damages from Defendant Glow Networks, Inc.?**

Answer "Yes" or "No."

Answer: __Yes__

If you answered "Yes" to Question No. 38, then answer Question No. 39.

### QUESTION NO. 39

If and only if you answered "Yes" to Question No. 38, then answer the following question. Otherwise, do not answer the following question.

**What sum of money should be assessed against Defendant Glow Networks, Inc. as punitive damages to Plaintiff Brandon Price?**

Answer: $ __4,000,000.00__

22

QUESTION NO. 40

If and only if you answered "Yes" to Question No. **14**, then answer the following question. Otherwise, do not answer the following question.

**What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Harom Pringle for the damages, if any, you have found Defendant Glow Networks, Inc. caused Plaintiff Harom Pringle?**

Answer in dollars and cents for the following items and none other:

(1) Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ _2,000,000.00_

(2) Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ _1,000,000.00_

QUESTION NO. 41

If and only if you answered "Yes" to Question No. **14**, then answer the following question. Otherwise, do not answer the following question.

**Do you find that Plaintiff Harom Pringle should be awarded punitive damages from Defendant Glow Networks, Inc.?**

Answer "Yes" or "No."

Answer: _Yes_

If you answered "Yes" to Question No. **41**, then answer Question No. **42**.

QUESTION NO. 42

If and only if you answered "Yes" to Question No. **41**, then answer the following question. Otherwise, do not answer the following question.

23

What sum of money should be assessed against Defendant Glow Networks, Inc. as punitive damages to Plaintiff Harom Pringle?

Answer: $ 4,000,000.00

### QUESTION NO. 43

If and only if you answered "Yes" to Question Nos. 5 and/or 15, then answer the following question. Otherwise, do not answer the following question.

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Osasuyi William Aigheyisi for the damages, if any, you have found Defendant Glow Networks, Inc. caused Plaintiff Osasuyi William Aigheyisi?

Answer in dollars and cents for the following items and none other:

(1) Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ 2,000,000.00

(2) Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ 1,000,000.00

### QUESTION NO. 44

If and only if you answered "Yes" to Question Nos. 5 and/or 15, then answer the following question. Otherwise, do not answer the following question.

Do you find that Plaintiff Osasuyi William Aigheyisi should be awarded punitive damages from Defendant Glow Networks, Inc.?

Answer "Yes" or "No."

Answer: Yes

If you answered "Yes" to Question No. 44, then answer Question No. 45.

24

## QUESTION NO. 45

If and only if you answered "Yes" to Question No. 44, then answer the following question. Otherwise, do not answer the following question.

What sum of money should be assessed against Defendant Glow Networks, Inc. as punitive damages to Plaintiff Osasuyi William Aigheyisi?

Answer: $ 4,000,000.00

_Redacted_
Presiding Juror

Dated: February 18, 2022

25