UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA YARBROUGH, <br> and MATT LOFLAND, ET AL., <br> <br> *Plaintiffs*, <br> <br> vs. <br> <br> GLOW NETWORKS, INC., <br> <br> *Defendants*. | § <br> § <br> § <br> § <br> §    Civil Action 4:19-cv-905 <br> § <br> § <br> § <br> § <br> § <br> § |

**PLAINTIFFS' REPLY TO RESPONSE
TO MOTION FOR ENTRY OF JUDGMENT**

TO THE HONORABLE SEAN D. JORDAN:

Plaintiffs Joshua Yarbrough, Matt Lofland, Joshua Walker, Michael Brown, Adawale Ashiru, Paul Tijani, Peter Tijani, Brandon Price, Harom Pringle, and Osasuyi William Aigheyisi reply the response filed by Defendant Glow Networks, Inc. to Plaintiff's motion for entry of judgment.

Glow Networks did not directly address the merits of the motion. Instead, it previewed its motions it expects to file after a judgment is entered. A judgment on the verdict needs to be entered to determine post-judgment motions. Rule 58(b)(2) outlines those circumstances under which the Court must approve final judgment before such can be entered by the clerk. *See AMS Sensors USA Inc. v. Renesas Elecs. Am. Inc.*, No. 4:08-CV-00451, 2022 WL 672691, at *3 (E.D. Tex. Mar. 7, 2022) (concerning entering a judgment after a jury verdict).

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and enter an order finding that the Plaintiffs are entitled to the full verdict with interest and costs of court.

Respectfully submitted,

/s/ Brian Sanford
Brian Sanford
Texas Bar No. 17630700
bsanford@sanfordfirm.com
Elizabeth "BB" Sanford
Texas Bar No. 24100618
esanford@sanfordfirm.com

**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph: (214) 717-6653
Fax: (214) 919-0113

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that April 13, 2022, I served the foregoing document on all counsel of record via the electronic filing system of the Court.

/s/ Brian P. Sanford