UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA YARBROUGH, §<br>and MATT LOFLAND, ET AL., §<br>§<br>*Plaintiffs*, §<br>§ Civil Action 4:19-cv-905<br>vs. §<br>§<br>GLOW NETWORKS, INC., §<br>§<br>*Defendants*. § | |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND

TO THE HONORABLE SEAN D. JORDAN:

Plaintiffs Joshua Yarbrough, Matt Lofland, Joshua Walker, Michael Brown, Adawale Ashiru, Paul Tijani, Peter Tijani, Brandon Price, Harom Pringle, and Osasuyi William Aigheyisi move the Court to extend the time to submit a Bill of Costs, which would attorneys' fees as costs, for an additional 14 days. "In any action or proceeding to enforce a provision of sections 1981, 1981a, 1982, 1983, and 1986 of this title, ... the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs." 42 U.S.C.1988(b).

Plaintiffs' claims are under Section 1981. Additional time is needed to submit the necessary application for attorneys' fees as costs of court.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and extend the time to submit a Bill of Costs an additional 14 days.

        Respectfully submitted,

        */s/ Brian Sanford*
        Brian Sanford
        Texas Bar No. 17630700
        bsanford@sanfordfirm.com
        Elizabeth "BB" Sanford
        Texas Bar No. 24100618
        esanford@sanfordfirm.com

**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph: (214) 717-6653
Fax: (214) 919-0113

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that April 25, 2022, I served the foregoing document on all counsel of record via the electronic filing system of the Court.

        */s/ Brian P. Sanford*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendant regarding this motion and Defendant does not oppose this motion.

        */s/ Brian P. Sanford*