UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA YARBROUGH, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-905-SDJ |
| | § | |
| GLOW NETWORKS, INC. | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Extend. (Dkt. #143). In the motion, Plaintiffs seek an additional fourteen days to submit their Bill of Costs. Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion is granted. Plaintiffs' deadline to submit their Bill of Costs is extended to **May 9, 2022**.

**So ORDERED and SIGNED this 26th day of April, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE