UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA YARBROUGH, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-905-SDJ |
| | § | |
| GLOW NETWORKS, INC. | § | |

## CONDITIONAL RULING UNDER RULE 50(c)(1) ON DEFENDANT'S ALTERNATIVE MOTION FOR A NEW TRIAL

On March 1, 2024, the Court issued its Memorandum Opinion and Order on Post-Trial Motions ("Order"), in which it granted Glow's renewed motion for judgment as a matter of law as to all Plaintiffs' discrimination claims and Paul Tijani's and Matt Lofland's retaliation claims. (Dkt. #190).[1] The Court did not, however, make a conditional ruling on Glow's alternative motion for a new trial for these claims. Glow subsequently moved the Court to modify the Order to provide such conditional ruling. (Dkt. #191). The motion, (Dkt. #191), is **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 50(c)(1), "[i]f the [C]ourt grants a renewed motion for judgment as a matter of law, it must also conditionally rule on any motion for a new trial by determining whether a new trial should be granted if the judgment is later vacated or reversed." Accordingly, the Court conditionally **GRANTS** Glow's alternative motion for a new trial as to all Plaintiffs' discrimination claims and Paul Tijani's and Matt Lofland's retaliation claims for all the reasons

---

[1] The Court held that the claims that survive judgment as a matter of law—Peter Tijani's and William Aigheyisi's retaliation claims—must be retried.

1

discussed in the Court's Order. Specifically, a new trial is required because (1) the verdict is against the great weight of the evidence, (Dkt. #190 at 10–57), and (2) the verdict is a product of prejudice against Glow, (Dkt. #190 at 66–84). It is **ORDERED** that any claim for which judgment as a matter of law was granted that is vacated or reversed on appeal shall be retried as to both liability and damages.

**So ORDERED and SIGNED this 25th day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE