# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 16, 2025

Lyle W. Cayce
Clerk

No. 24-40421

JOSHUA YARBROUGH, *Individually and on Behalf of Others Similarly Situated*; MATT LOFLAND, *Individually and on Behalf of Others Similarly Situated*; JOSHUA WALKER; BRANDON PRICE; MICHAEL BROWN; BRETT SAMUELS; STERLING VICKS; ADAWALE ASHIRU; OSASU WILLIAM SAIGHEYISI; HAROM PRINGLE; RUKEVWE OLOGBAN; PETER TIJANI; LEE GREEN; PAUL TIJANI,

*Plaintiffs—Appellants*,

*versus*

SLASHSUPPORT, INCORPORATED; GLOW NETWORKS, INCORPORATED,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-905

## JUDGMENT

Before KING, SMITH, and DOUGLAS, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

No. 24-40421

IT IS ORDERED and ADJUDGED that the summary judgment of the District Court is VACATED as to the discrimination claims asserted by Green, Vicks, Samuels, Price, and Ologban, and the retaliation claim brought by Samuels. Regarding those claims, we place no limitation on the matters that the court may consider and decide on remand. In all other respects, the judgment of the District Court is AFFIRMED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.



**Certified as a true copy and issued
as the mandate on Oct 22, 2025**

**Attest:** *Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**