# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 22, 2025

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 24-40421   Yarbrough v. SlashSupport
                USDC No. 4:19-CV-905

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

            Sincerely,

            LYLE W. CAYCE, Clerk

*Christy Combel*

            By: _____
            Christy M. Combel, Deputy Clerk
            504-310-7651

cc:
    Mr. Dallas Flick
    Mr. Charles Thomas Frazier Jr.
    Ms. Haleigh H. Jones
    Mr. Dylan Kletter
    Mr. Brian P. Sanford
    Ms. Elizabeth J. Sanford
    Mr. Adam P. Schiffer
    Mr. Adam B. Shniderman
    Ms. Rachel Z. Ullrich
    Mr. Jonathan David White